IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND
Baltimore (Northern) Division

**ANTHONY LABONTE,**
**TERESA LABONTE,**

    **Plaintiff,**

v.                                                                                       Civil Action No. _____

**GMAC MORTGAGE, LLC,**

    **Defendant.**

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant GMAC Mortgage, LLC ("GMACM"), hereby removes this action from the Circuit Court for Frederick County, Maryland, to the United States District Court for the Northern District of Maryland, Baltimore Division. Removal is proper because this Court has subject matter jurisdiction over this action under federal question jurisdiction pursuant to 28 U.S.C. § 1331.

### I.  Background

1.  On or about August 28, 2009, Plaintiffs Anthony LaBonte and Teresa LaBonte filed a Complaint (hereinafter "Complaint") against GMACM in a civil action in the Circuit Court for Frederick County, Maryland, entitled "*Anthony LaBonte and Teresa LaBonte v. GMAC Mortgage, LLC,*" Case No. 10-C-09-003323 OC. A copy of the Complaint filed in state court is attached hereto as **Exhibit A**.

2.  Plaintiffs' claims arise out of an alleged mortgage transaction entered into by Plaintiffs in July of 2006. In their Complaint, Plaintiffs seeks rescission of a loan transaction pursuant to the federal Truth and Lending Act, 15 U.S.C. § 1601 et seq ("TILA"). *See* **Exhibit**

<u>A</u>. Plaintiffs claim there were material defects in the loan and that such defects are violations of TILA.

3. GMACM received a copy of the Complaint on September 14, 2009 by regular U.S. mail. Accordingly this Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b).

## II. **Parties**

4. GMACM is an LLC organized and existing under the laws of Delaware with its principal place of business is located at 1100 Virginia Drive, Fort Washington, Pennsylvania 19034.

5. Plaintiff Anthony LaBonte is a resident of Maryland.

6. Plaintiff Teresa LaBonte is a resident of Maryland.

## III. **Federal Question Jurisdiction Exists Over Plaintiffs' Complaint**

7. The controversy between Plaintiffs and GMACM involves a dispute governed by a federal statute, TILA, over which this Court has jurisdiction pursuant to 28 U.S.C. § 1331.

8. In their Complaint, Plaintiffs allege one count against GMACM: "Violation of Truth in Lending Act" and seek rescission of the loan at issue under TILA. *See* **Exhibit A.**

9. It is well-established that federal jurisdiction exists when the Complaint depends on the resolution of significant questions of federal law. *Grable & Sons Metal Prods. v. Darue Eng'g & Mfg.*, 545 U.S. 303, 312 (2005).

10. Plaintiffs' claim for rescission of the mortgage transaction rests upon the proposition that Plaintiffs "sent a written notice of rescission to GMAC[M]" and "written notice of the electrion to cancel the transaction" based upon GMACM's alleged violation(s) of TILA.

11. TILA provides consumers three days in which they may rescind any residential mortgage transaction. 15 U.S.C. § 1635(a). This three-day long rescission period is extended to three years if important TILA disclosures were not provided at the time of the original credit transaction. *Id.* § 1635(f).

12. To determine whether Plaintiffs' claims are valid, the Court will have to decide whether GMACM violated the requirements of TILA. Accordingly, the outcome of this case requires resolution of significant, disputes issues of federal law under TILA and qualifies for federal question jurisdiction. *See Grable & Sons Metal Prods.*, 545 U.S. at 312.

13. Other federal courts have allowed removal of complaints filed in state court that require a ruling on TILA. *Kuechler v. The Peoples Bank*, 602 F. Supp. 2d 625, 627 (D. Md. 2009) (removal of TILA claims).

14. GMACM denies the allegations in the Complaint, denies Plaintiffs have stated a claim for which relief may be granted, and denies that Plaintiffs have been damaged in any manner. Nevertheless, assuming, for jurisdictional and removal purposes only, that Plaintiffs' claims are valid, they could have originally filed their Complaint in this Court under federal question jurisdiction.

15. Removal of this entire case is therefore proper under 28 U.S.C. § 1441 because Plaintiffs' Complaint requires a ruling on TILA, thus this case qualifies for federal question jurisdiction.

### IV. Venue

16. Venue is proper in this Court because this district and division encompass the Circuit Court for Frederick County, Maryland, the forum from which the case has been removed. *See* 28 U.S.C. § 1441.

## V.    Notice

17.   A Notice of Filing of Notice of Removal is being filed contemporaneously with the Clerk of the Circuit Court of Frederick County, Maryland, which includes a copy of GMACM's Notice of Removal, a copy of which is attached hereto as **Exhibit B**.

WHEREFORE, Defendant GMAC Mortgage, LLC hereby removes this action to this Court.

GMAC MORTGAGE, LLC

By: _/s/_____

Of Counsel

John C. Lynch, Esq. (MD Bar No. 12963)
Counsel for Defendant GMAC Mortgage, LLC
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND
Baltimore (Northern) Division

ANTHONY LABONTE,

    Plaintiff,

v.                                              Civil Action No. _____

GMAC MORTGAGE, LLC,

    Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October, 2009, a true and correct copy of the foregoing Notice of Removal was sent via Federal Express to the following counsel of record:

**Counsel for Plaintiffs**
Scott C. Borison
Legg Law Firm, L.L.C.
5500 Buckeystown Pike
Frederick, Maryland
301-620-1016

_____
John C. Lynch, Esq. (MD Bar No. 12963)
Counsel for GMAC Mortgage, LLC
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com

390233v1